# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
Executive Director and
Attorney-in-Chief

Eastern District
Peter Kirchheimer
Attorney-in-Charge

October 21, 2011

OCT 2 5 2011

**BY FACSIMILE (718) 613-2623**

Hon. Joan Azrack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Angel Villalona, 11 CR 683 (NG)

Your Honor:

On October 6, 2011, Mr. Villalona was released on a $500,000 bond to be secured by the home he shares with his wife. The home was to be secured by October 21. However, the Bergen County clerk's office has refused to accept the confession of judgment prepared by my office and we are waiting for a form promissory note from a New Jersey court. Therefore, Mr. Villalona asks the Court to modify the bond to extend the time for him to secure the property to October 28, 2011. AUSA Cristina Posa does not object to this modification.

Thank you for your attention to this matter.

Respectfully yours,

Michael K. Schneider, Esq.
Attorney for Mr. Villalona
(718) 330-1161

SO ORDERED

s/RER

cc: Clerk of the Court [by ECF]
AUSA Cristina Posa, Esq.
Pretrial Services
Mr. Angel Villalona